UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-00226

| | |
|---|---|
| WILLIAM ORR, )<br>)<br>Pro se Plaintiff, )<br>)<br>v. )<br>)<br>U.S. EPA et. al., )<br>)<br>Defendants. )<br>) | **ORDER** |

Before the Court is Plaintiff's Motion to Extend Briefing on Preliminary Injunction (Doc. No. 66). He requests an extension for briefs to be due thirty days after the Court resolves his Motion to Stay. While the Court does not grant his particular request, it does grant the request for an extension. Plaintiff's brief will now be due thirty days after the current deadline.

The motion is **GRANTED**. The deadline for Plaintiff to file his initial preliminary injunction brief is extended to **August 19, 2021.**

Signed: July 22, 2021

Max O. Cogburn Jr
United States District Judge