FILED:  August 2, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1841
(1:19-cv-00226-MOC-WCM)

_____

WILLIAM ORR

      Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES
FOREST SERVICE; UNITED STATES FISH AND WILDLIFE SERVICE;
FRENCH BROAD ELECTRIC MEMBERSHIP CORPORATION; JEFF LOVEN,
Personally and as General Manager; UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY

      Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Originating Case Number | 1:19-cv-00226-MOC-WCM |
| Date notice of appeal filed in originating court: | 07/30/2021 |
| Appellant | William Orr |
| Appellate Case Number | 21-1841 |
| Case Manager | Anisha Walker 804-916-2704 |